**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRENDAN SODIKOFF,<br><br>             Plaintiff,<br><br>   v.<br><br>RH, US LLC,<br><br>             Defendant. | Case No. 1:19-cv-06543<br><br>The Honorable Robert M. Dow, Jr. |

**DECLARATION OF LARUE L. ROBINSON IN SUPPORT OF
JOINT MOTION FOR LEAVE TO FILE SETTLEMENT AGREEMENT UNDER SEAL**

I, LaRue L. Robinson, hereby declare:

1.     I am a partner with the law firm of Jenner & Block LLP, which represents RH, US LLC ("RH") in the above-captioned matter. I am admitted to practice law in the states of Illinois and Missouri. I submit this declaration in support of the parties' joint motion for leave to file settlement agreement under seal.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the parties' settlement agreement, which has been provisionally filed under seal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2020

                                                  /s/ LaRue L. Robinson_____
                                                   LaRue L. Robinson
                                                 *Attorney for RH, US LLC*