**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRENDAN SODIKOFF,<br><br>   Plaintiff,<br><br>   v.<br><br>RH, US LLC,<br><br>   Defendant. | Case No. 1:19-cv-06543<br><br>The Honorable Robert M. Dow, Jr. |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, on January 29, 2020 at 9:00 a.m., I will appear before the Honorable Robert M. Dow, in the courtroom usually occupied by him in Room 2303 of the Everett M. Dirksen United States Courthouse, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Joint Motion for Leave to File Settlement Agreement Under Seal.

Respectfully submitted,

RH, US LLC

By: _____*/s LaRue L. Robinson*_____
One of Its Attorneys

| | |
|---|---|
| David M. Greenwald (ARDC #6194036) | Wesley E. Overson (admitted *pro hac vice*) |
| LaRue L. Robinson (ARDC #6300688) | Derek F. Foran (admitted *pro hac vice*) |
| **Jenner & Block LLP** | Diana Maltzer (admitted *pro hac vice*) |
| 353 North Clark Street | Mallory Morales (admitted *pro hac vice*) |
| Chicago, IL 60654 | **Morrison & Foerster LLP** |
| Phone: (312) 222-9350 | 425 Market Street |
| DGreenwald@jenner.com | San Francisco, CA 94105-2482 |
| LRobinson@jenner.com | Phone: (415) 268-7000 |
| | WOverson@mofo.com |
| | DForan@mofo.com |
| | DMaltzer@mofo.com |
| | MMorales@mofo.com |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was filed on January 27, 2020 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By: */s/ LaRue L. Robinson*